AO 450 Judgment in a Civil Case

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Christopher Butler

**V.**

**JUDGMENT IN A CIVIL CASE**

L.E. Scribner

**CASE NUMBER:**    07cv0255-J(AJB)

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court dismisses this case, without prejudice, because the Petition in this case is duplicative of that filed in case number 06cv1296-W(RBB)................................................................................................

| May 8, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/K. Johnson

(By) Deputy Clerk

ENTERED ON May 8, 2007

07cv0255-J(AJB)